UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

John Chisholm

CASE NO:   19-12782

HEARING DATE:

JUDGE:  KCF

CHAPTER: 13

Order Filed on March 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Recommended Local Form:        Followed        Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 5, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

. Granted. The deadline to file schedules is extended to March 11, 2019.

Denied.

rev.8/1/15

2