Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                          Case No.:  19−12782−KCF
                          Chapter:  13
                          Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John Chisholm
   738 Gail Drive
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−8543

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             4/24/19
Time:            10:00 AM
Location:       Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: March 13, 2019
JAN: vpm

                                                   Jeanne Naughton
                                                   Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                              Case No. 19-12782-KCF
John Chisholm                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Mar 13, 2019
                              Form ID: 132             Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.
db            +John Chisholm,    738 Gail Drive,    Neptune, NJ 07753-2866
518020961    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     P.O. Box 15019,    Wilmington, DE 19886)
518099515     +Bank of American Home Loans,    7105 Corporate Drive,     Plano, TX 75024-4100
518020962     +Country Wide,    11 Commerce Drive,    Cranford, NJ 07016-3501
518020964     +KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue,    Suite 406,
               Westmont, NJ 08108-2812
518020965     +Monmouth County Sheriff's Office,     2500 Kozloski Road,    Freehold, NJ 07728-4424
518020966     +Mr. Cooper,    PO Box 619098,    Dallas, TX 75261-9098
518020967    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: NJ Division of Taxation,     Bankruptcy Section,    P.O. Box 245,
               Trenton, NJ 08695)
518020968     +Sprint Attn: Bankruptcy,    P.O. Box 7949,    Overland Park, KS 66207-0949
518020969     +US Department of Education,    P.O. Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 13 2019 23:57:41      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 13 2019 23:57:38       United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518020960      E-mail/Text: ebn@americollect.com Mar 13 2019 23:57:48      Americollect,    1851 S. Alverno Road,
               Manitowoc, WI 54220
518020963     +E-mail/Text: cio.bncmail@irs.gov Mar 13 2019 23:56:59      Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              George E Veitengruber, III    on behalf of Debtor John  Chisholm Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, SUCCESSOR INDENTURE TRUSTEE et al kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```