UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

CXE 19-025213
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
Kristen D. Little - 017411997
Samantha Gable - 150622016
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC
D/B/A MR. COOPER

IN RE:

JOHN CHRISHOLM, DEBTOR

Order Filed on June 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 19-12782-KCF

HEARING DATE: APRIL 24, 2019

JUDGE: HONORABLE KATHRYN C. FERGUSON

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 10, 2019**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter being opened to the Court by George E. Veitengruber, III, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and Nationstar Mortgage LLC d/b/a Mr. Cooper, hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 738 Gail Drive, Neptune, NJ 07753.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $2,453.52; as evidenced in Secured Creditor's Proof of Claim 4-1 filed on April 19, 2019.

3. Debtor(s) agrees to incorporate this amount, $2,453.52, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $1,337.85.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on March 14, 2019; ECF Doc.:20.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_____     Date: 6-7-19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____     Date: 6/4/19
George E. Veitengruber, III, Esquire
Attorney for the Debtor