| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>CXE 19-025213<br>Shapiro & DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Krystin M. Kane - 171402015<br>Kathleen M. Magoon - 040682010<br>Donna L. Skilton - 013072007<br>Charles G. Wohlrab - 016592012<br>Elizabeth L. Wassall - 023211995<br>Jeffrey Rappaport - 003431991<br>Kristen D. Little - 017411997<br>Samantha Gable - 150622016<br>ATTORNEYS FOR NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER |
|---|

Order Filed on June 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| IN RE:<br><br>JOHN CHRISHOLM, DEBTOR | CASE NO.: 19-12782-KCF<br><br>HEARING DATE: APRIL 24, 2019<br><br>JUDGE: HONORABLE KATHRYN C. FERGUSON |
|---|---|

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: June 10, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter being opened to the Court by George E. Veitengruber, III, attorney for the Debtor(s) upon filing of a Chapter 13 Plan, and Nationstar Mortgage LLC d/b/a Mr. Cooper, hereinafter "Secured Creditor," by and through its Authorized Agent, Shapiro & DeNardo, LLC, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 738 Gail Drive, Neptune, NJ 07753.

2. At the time of filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $2,453.52; as evidenced in Secured Creditor's Proof of Claim 4-1 filed on April 19, 2019.

3. Debtor(s) agrees to incorporate this amount, $2,453.52, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor(s) agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $1,337.85.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on March 14, 2019; ECF Doc.:20.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 6-7-19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____    Date: 6/4/19
George E. Veitengruber, III, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-12782-KCF
John Chisholm  Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 1  Date Rcvd: Jun 12, 2019
  Form ID: pdf903  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.
db  +John Chisholm,  738 Gail Drive,  Neptune, NJ 07753-2866

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.  TOTAL: 0

  ***** BYPASSED RECIPIENTS *****
NONE.  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:
  Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
  Albert   Russo    docs@russotrustee.com
  Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper cwohlrab@logs.com, njbankruptcynotifications@logs.com
  Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
  George E Veitengruber, III    on behalf of Debtor John   Chisholm bankruptcy@veitengruberlaw.com, knapolitano15@gmail.com
  Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, SUCCESSOR INDENTURE TRUSTEE et al kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
  U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
  TOTAL: 7