UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

Order Filed on October 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John Chisholm

| | |
|---|---|
| Case No.: | 19-12782 |
| Chapter: | 13 |
| Judge: | MBK |

**ORDER AUTHORIZING RETENTION OF**

_____Laurie Pilling, Esq._____

The relief set forth on the following page is **ORDERED**.

**DATED: October 1, 2021**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Laurie Pilling, Esq._____
as _____attorney_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   2150 Highway 35
   Suite 250
   Sea Girt, NJ 08750

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:  
John Chisholm  
    Debtor

Case No. 19-12782-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 04, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + John Chisholm, 738 Gail Drive, Neptune, NJ 07753-2866 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| George E Veitengruber, III | on behalf of Debtor John Chisholm bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 04, 2021 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| Kathleen M Magoon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmagoon@logs.com  kathleenmagoon@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE et al kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8