UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CXE 19-025213
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC
D/B/A MR. COOPER

| | |
|---|---|
| In Re:<br><br>JOHN CHISHOLM,<br>　　　　　　　　　　　　DEBTOR | Case No.: 19-12782-MBK<br><br>Judge: HONORABLE MICHAEL B. KAPLAN<br><br>Chapter: 13 |

## NOTICE OF RESPONSE TO MOTION TO SELL

The undersigned, LOGS Legal Group LLP, attorneys for the Secured Creditor, Nationstar

Mortgage LLC d/b/a Mr. Cooper, the holder of a Mortgage on Debtor's property commonly

known as 738 Gail Drive, Neptune, New Jersey 07753, hereby objects to Debtor's Motion to Sell

Real Property on limited grounds:

1)      On October 8, 2021, counsel for the Debtor(s) filed the instant motion seeking an

Order Authorizing Sale of Real Property commonly known as 738 Gail Drive, Neptune, NJ

07753. See ECF Doc.:50.

2)      Creditor is not opposed to the basic principle of the Debtor(s) selling the property;

provided that any Order entered by the Court clearly specifies that such sale is contingent upon

Nationstar Mortgage LLC d/b/a Mr. Cooper's lien being fully paid off and satisfied through this

transaction.

3)      Creditor estimates the total amount to satisfy this lien thru October 25, 2021 to be

$92,786.73. In the event an Order authorizing sale is entered by the Court, Creditor will provide

an updated and accurate payoff statement to coincide with a scheduled closing date upon notice

from debtor of closing date.

WHEREFORE, Nationstar Mortgage LLC d/b/a Mr. Cooper respectfully requests that the

Debtor's Notice of Proposed Private Sale be denied; or in the alternative, requests the provisions

presented in this Objection be incorporated in the Order resulting from the Debtor's Motion to

Sell.

LOGS LEGAL GROUP LLP

Dated: 10-15-2021                    By: */s/Elizabeth L. Wassall*
                                          Elizabeth L. Wassall, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CXE 19-025213
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC
D/B/A MR. COOPER

| | |
|---|---|
| In Re:<br><br>JOHN CHISHOLM,<br>　　　　　　　　　DEBTOR | Case No.: 19-12782-MBK<br><br>Judge: HONORABLE MICHAEL B. KAPLAN<br><br>Chapter: 13 |

**CERTIFICATION OF SERVICE**

I, <u>Linda Wright</u> the undersigned

1.　　☐ represent the _____ in the above-captioned matter.

　　　☒ am the secretary/paralegal for Kathleen M. Magoon, Esquire and Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

　　　☐ am the _____ in the above case and am representing myself.

2.　　On <u>10/15/2021</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

Response to Motion to Sell Real Property

3.　　I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

　　　　　　　　　　　　　　　　　　Signature

Dated: _____<u>10/15/2021</u>_____　　　　　　_____<u>/s/ Linda Wright</u>_____

　　　　　　　　　　　　　　　　　　Printed Name

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| George E. Veitengruber, III, Veitengruber Law LLC 1720 Highway 34 Suite 10 Wall, NJ 07727 | | ☐ Hand-delivered <br> ☐ Regular Mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☒ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br> (as authorized by the court*) |
| Albert Russo Standing Chapter 13 Trustee CN 4853 Trenton, NJ 08650 | | ☐ Hand-delivered <br> ☐ Regular Mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☒ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br> (as authorized by the court*) |
| John Chisholm 738 Gail Drive Neptune, NJ 07753 | | ☐ Hand-delivered <br> ☒ Regular Mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br> (as authorized by the court*) |
| | | ☐ Hand-delivered <br> ☐ Regular Mail <br> ☐ Certified mail/RR <br> ☐ E-mail <br> ☐ Notice of Electronic Filing (NEF) <br> ☐ Other _____ <br> (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.



**LOGS Legal Group LLP**
Attorneys at Law

14000 Commerce Parkway, Suite B
Mount Laurel, New Jersey 08054
Tel: (856) 793-3080 • Fax: (847) 627-8809

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)

**Managing Partner**
Christopher A. DeNardo (licensed in NJ, NY, PA)

October 14, 2021

United States Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

In Re:   John Chisholm, Debtor
      Case No:  19-12782-MBK
      Chapter:  13
      Secured Creditor:  Nationstar Mortgage LLC d/b/a Mr. Cooper
      Our file number:  19-025213

Dear Court Clerk:

Enclosed please find Response to Motion to Sell.

Thank you for your attention.

Very truly yours,
LOGS Legal Group LLP

By:   */s/Elizabeth L. Wassall*
     Kathleen M. Magoon - 040682010
     Elizabeth L. Wassall - 023211995

Enclosures
  cc:   George E. Veitengruber, III, Debtor's Attorney
       Albert Russo, Standing Chapter 13 Trustee, Trustee
       John Chisholm
       738 Gail Drive
       Neptune, NJ 07753