UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CXE 19-025213
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq.  023211995
ATTORNEYS FOR NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

Order Filed on November 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

JOHN CHISHOLM,
            DEBTOR

CASE NO.: 19-12782-MBK

JUDGE: HONORABLE MICHAEL B. KAPLAN

CHAPTER: 13

**CONSENT ORDER RESOLVING OBJECTION TO MOTION TO SELL REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 7, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court by George E. Veitengruber, III, attorney for the Debtor, upon the filing of a Notice of Motion to Sell Real Property, and LOGS Legal Group LLP, attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper, hereinafter "Secured Creditor," upon the filing of a Limited Objection to Motion to Sell Real Property, and due notice of said Limited Objection having been given to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. The sale of the real property located at 738 Gail Drive, Neptune, NJ 07753, must fully payoff and satisfy Secured Creditor's lien secured to said real property. Debtor agrees to remit funds directly from the closing of this sale to Secured Creditor to fully satisfy its lien. Any sale short of a full payoff is subject to Secured Creditor's final approval.

2. Secured Creditor will provide to Debtor an updated payoff quote letter upon notice from the Debtor of a scheduled closing date.

3. Secured Creditor agrees this Consent Order resolves the Objection to Motion to Sell filed on October 15, 2021; ECF Doc.: 54.

4. The terms of this Consent Order shall be deemed incorporated into any Order granting Debtor's Motion to Sell Real Property as may be entered by the Court.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                    Date: 10-28-2021
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

*George E. Veitengruber, III* (signature)                  Date: 10/26/2021
George E. Veitengruber, III, Esquire
Attorney for the Debtor