| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>CXE 19-025213<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>Elizabeth L. Wassall, Esq.  023211995<br>ATTORNEYS FOR NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER | Order Filed on November 7, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>JOHN CHISHOLM,<br>                DEBTOR | CASE NO.: 19-12782-MBK<br><br>JUDGE: HONORABLE MICHAEL B. KAPLAN<br><br>CHAPTER: 13 |

**CONSENT ORDER RESOLVING OBJECTION TO MOTION TO SELL REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

DATED: November 7, 2021

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court by George E. Veitengruber, III, attorney for the Debtor, upon the filing of a Notice of Motion to Sell Real Property, and LOGS Legal Group LLP, attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper, hereinafter "Secured Creditor," upon the filing of a Limited Objection to Motion to Sell Real Property, and due notice of said Limited Objection having been given to the Trustee, the Debtor and the attorney for the Debtor, if any AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

1. The sale of the real property located at 738 Gail Drive, Neptune, NJ 07753, must fully payoff and satisfy Secured Creditor's lien secured to said real property. Debtor agrees to remit funds directly from the closing of this sale to Secured Creditor to fully satisfy its lien. Any sale short of a full payoff is subject to Secured Creditor's final approval.

2. Secured Creditor will provide to Debtor an updated payoff quote letter upon notice from the Debtor of a scheduled closing date.

3. Secured Creditor agrees this Consent Order resolves the Objection to Motion to Sell filed on October 15, 2021; ECF Doc.: 54.

4. The terms of this Consent Order shall be deemed incorporated into any Order granting Debtor's Motion to Sell Real Property as may be entered by the Court.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall                                         Date: 10-28-2021
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

*George E. Veitengruber, III*                                   Date: 10/26/2021
George E. Veitengruber, III, Esquire
Attorney for the Debtor

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 19-12782-MBK
John Chisholm   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 08, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

**Recip ID              Recipient Name and Address**
db              + John Chisholm, 738 Gail Drive, Neptune, NJ 07753-2866

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2021                Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:

**Name**                      **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE et al dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com

George E Veitengruber, III
    on behalf of Debtor John Chisholm bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Nov 08, 2021 Form ID: pdf903 Total Noticed: 1

Kathleen M Magoon
 on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmagoon@logs.com  kathleenmagoon@gmail.com

Kevin Gordon McDonald
 on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK  SUCCESSOR INDENTURE TRUSTEE et al kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8