George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
bankruptcy@veitengruberlaw.com
Attorneys for Debtor(s)



**Order Filed on November 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUTPCY COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 Proceedings |
| John Chisholm | Case No. 19-12782 |
| Debtor(s) | Judge: Michael B. Kaplan |
| | Hearing Date: 11/10/2021 |

AMENDED
**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: November 17, 2021**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 19-12782-MBK    Doc 60    Filed 11/17/21    Entered 11/18/21 14:44:46    Desc Main
Document    Page 2 of 3

Page 2
Debtor: John Chisholm
Case No: 19-12782MBK
Caption of Order: Order Authorizing Sale of Real Property

After review of the Debtor's motion for authorization to sell the real property commonly known as 738 Gail Drive, Neptune City, NJ 07753. (the Real Property),

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. X   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

> Name of professional: Laurie Pilling, Esq.
>
> Amount to be paid: $1,450.00
>
> Services rendered: Real estate attorney

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions: