UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Highway 34, Suite 10
Wall, NJ  07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
Bankruptcy@veitengruberlaw.com
Attorneys for Debtor(s)

Order Filed on April 28, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
John Chisholm

Case No.:   19-12782
Chapter:    13
Judge:      MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: April 28, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____George E. Veitengruber, III, Esq._____, the applicant, is allowed a fee of $ _____1,500.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1,500.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____603_____ per month for _____3_____ months to allow for payment of the above fee.

*rev.8/1/15*